UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 21CR1652-JLS |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| ZACHARY GROBSTEIN, | ) |
| Defendant. | ) |

The United States of America and defendant ZACHARY GROBSTEIN, jointly move to continue the motion hearing/trial setting currently set for July 9, 2021 at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued to August 13, 2021 at 1:30 p.m.

1

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until August 13, 2021, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: June 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge